## No. 6413.

### ELIZA McCORMICK VS. M. O. SULLIVAN ET AL.

The Third District Court of New Orleans had exclusive jurisdiction to restrain and enjoin seizures, made under judgments of justices of the peace, when the value of the property in dispute exceeds one hundred dollars.

APPEAL from the Superior District Court of New Orleans. LYNCH, J.

*S. Belden* and *Coleman* for Plaintiff Appellant. *Louque* for Defendants.

MANNING, C. J. Judgment of lower court amended by allowing damages for the delay caused by appeal.

## No. 6491.

### THOMAS ONG VS. C. E. CHUBBUCK ET AL.

Where the plaintiff in injunction failed to offer any proof of his allegations, and the defendant failed to offer proof of special damages, statutory damages will be allowed the defendant.

APPEAL from the District Court for St. Bernard. PARDEE, J.

*Shackleford* for Plaintiff Appellant. *Bartlette* for Defendant.

The injunction was against the execution of a moneyed judgment. The only testimony the plaintiff offered was relative to the sufficiency of his surety on his injunction bond, which had been attacked by the defendant. The injunction was dissolved without damages.

SPENCER, J. There is no proof of special damages, but we think the defendant entitled to statutory damages, and will amend the judgment by allowing him ten per cent on the amount enjoined.

*Decreed accordingly.*